Dismissed and Memorandum Opinion filed March 4, 2004









Dismissed and Memorandum Opinion filed March 4, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01191-CV

____________

 

JOHN MCZEAL,
Appellant

 

V.

 

U.S.A.
PROCESSOR UNLIMITED AND LIBERTY MUTUAL INSURANCE COMPANY, Appellees

 



 

On Appeal from the 133rd District
Court

Harris County,
Texas

Trial Court Cause No.
03-16881

 



 

M E M O R A N D U M  O
P I N I O N

This is an attempted appeal from a judgment signed September
2, 2003.  On January 8, 2004, this court
dismissed the appeal for failure to make payment arrangements for the clerk=s record.

On October 10, 2003, appellant filed a second notice of
appeal under the same cause number. 
Because this court previously dismissed appellant=s appeal, we have no jurisdiction
over another appeal from the same judgment.








Accordingly the appeal is ordered
dismissed.

 

PER CURIAM

Judgment
rendered and Opinion filed March 4, 2004.

Panel consists
of Justices Yates, Anderson and Hudson.